MATTHEW COLEMAN, Respondent, *v.* JAMES MCCLENAHAN, Appellant.

*Coleman* v. *McClenahan*, 161 App. Div. 941, affirmed.
(Argued March 6, 1916; decided March 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover from defendant one-half the amount alleged to have been collected upon a judgment in favor of the executors of David Stevenson, deceased (of whom defendant was one),

against the Mutual Brewing Company. The action is founded upon an agreement whereby the defendant agreed to pay plaintiff fifty per cent of any sum collected upon the Stevenson judgment, provided the recovery was had through facts and information furnished defendant, or his counsel, by plaintiff.

*D-Cady Herrick* and *Thomas J. Farrell* for appellant.

*John A. Dutton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.